UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| Reniece Rene Wright | § | Case No. 17-16205 |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that FRANK J. KOKOSZKA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at:

11:00 AM on Friday, September 7, 2018
in Courtroom 240 of the Kane County Courthouse
100 South Third Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/09/2018          By: /s/ Frank J. Kokoszka
                                             Chapter 7 Trustee

*Frank J. Kokoszka, Trustee*
*19 South LaSalle Street*
*Ste 1201*
*Chicago, IL  60603-1419*
*312-443-9600*
*trustee@k-jlaw.com*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Reniece Rene Wright | § | Case No. 17-16205 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 115,000.00 |
| and approved disbursements of | $ | 68,903.84 |
| leaving a balance on hand of[1] | $ | 46,096.16 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frank J. Kokoszka | $ 7,500.00 | $ 0.00 | $ 7,500.00 |
| Trustee Expenses: Frank J. Kokoszka | $ 159.49 | $ 0.00 | $ 159.49 |
| Attorney for Trustee Fees: Stephan Zouris LLP | $ 37,950.00 | $ 37,950.00 | $ 0.00 |
| Attorney for Trustee Expenses: Stephan Zouris LLP | $ 671.97 | $ 671.97 | $ 0.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 2,514.60 | $ 0.00 | $ 2,514.60 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ 20.00 | $ 0.00 | $ 20.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 10,194.09 |
| Remaining Balance | $ 35,902.07 |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 89,542.42  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  40.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Onemain | $        4,156.32 | $        0.00 | $        1,666.48 |
| 2 | Internal Revenue Service | $        48,640.17 | $        0.00 | $        19,502.30 |
| 3 | Capital One Bank (Usa), N.A. | $        2,600.69 | $        0.00 | $        1,042.75 |
| 4 | Capital One Bank (Usa), N.A. | $        2,637.74 | $        0.00 | $        1,057.60 |
| 5 | American Express Centurion Bank | $        1,581.24 | $        0.00 | $        634.00 |
| 6 | Credit First Na | $        1,349.99 | $        0.00 | $        541.28 |
| 7 | Quantum3 Group Llc As Agent For | $        3,321.11 | $        0.00 | $        1,331.60 |
| 8 | Quantum3 Group Llc As Agent For | $        7,372.00 | $        0.00 | $        2,955.81 |
| 9 | Midland Credit Management, Inc. As Agent For | $        6,599.71 | $        0.00 | $        2,646.16 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Synchrony Bank | $ 3,554.56 | $ 0.00 | $ 1,425.20 |
| 11 | Synchrony Bank | $ 2,291.06 | $ 0.00 | $ 918.60 |
| 12 | Portfolio Recovery Associates, Llc | $ 2,446.13 | $ 0.00 | $ 980.78 |
| 13 | Portfolio Recovery Associates, Llc | $ 2,991.70 | $ 0.00 | $ 1,199.51 |

Total to be paid to timely general unsecured creditors      $      35,902.07

Remaining Balance      $      0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:


NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE


Prepared By:  /s/ Frank J. Kokoszka
                                                    Chapter 7 Trustee


*Frank J. Kokoszka, Trustee*
*19 South LaSalle Street*
*Ste 1201*
*Chicago, IL  60603-1419*
*312-443-9600*
*trustee@k-jlaw.com*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  Reniece Rene Wright

CASE NO: 17-16205

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 37
Judge: Hon. Janet S. Baer
Hearing Location: Kane County 240
Hearing Date: September 7, 2018
Hearing Time: 11:00 am

On 8/10/2018, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation (NFR) ECF Docket Reference No. 37

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/10/2018

/s/ Frank J. Kokoszka
Frank J. Kokoszka  6201436
Chapter 7 Trustee
Kokoszka & Janczur, P.C.
19 South LaSalle Street
Chicago, IL  60603
312 443 9600

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  Reniece Rene Wright

CASE NO: 17-16205

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 37
Judge: Hon. Janet S. Baer
Hearing Location: Kane County 240
Hearing Date: September 7, 2018
Hearing Time: 11:00 am

On 8/10/2018, a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation (NFR) ECF Docket Reference No. 37

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/10/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Frank J. Kokoszka
Kokoszka & Janczur, P.C.
19 South LaSalle Street
Chicago, IL  60603

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>SUCCESSOR TO SYNCHRONY BANK<br>(WAL-MART)<br>POB 41067<br>NORFOLK VA 23541 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>POB 41067<br>NORFOLK VA 23541 | RENIECE RENE WRIGHT<br>2215 S. WOLF ROAD<br>#198<br>HILLSIDE IL 60162 |
| SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541 | MIDLAND CREDIT MANAGEMENT INC. AS<br>AGENT FOR MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090 | QUANTUM3 GROUP LLC AS AGENT FOR<br>VELOCITY INVESTMENTS LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>JH PORTFOLIO DEBT EQUITIES LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND OH 44181 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| CAPITAL ONE BANK (USA) N.A.<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101 | ONEMAIN<br>C/O MELISSA FRYMIRE<br>PO BOX 3215<br>EVANSVILLE IN 47731 |