# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Reniece Rene Wright | § | Case No. 17-16205 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 19,550.00                    Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 35,902.07    Claims Discharged
                                                Without Payment: 53,640.35

Total Expenses of Administration: 49,097.93

---

3) Total gross receipts of $ 115,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,000.00  (see **Exhibit 2**), yielded net receipts of $ 85,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 49,097.93 | 49,097.93 | 49,097.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 40,663.40 | 89,542.42 | 89,542.42 | 35,902.07 |
| **TOTAL DISBURSEMENTS** | $ 40,663.40 | $ 138,640.35 | $ 138,640.35 | $ 85,000.00 |

4) This case was originally filed under chapter 7 on 05/25/2017 . The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/07/2018            By:/s/Frank J. Kokoszka, Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lawsuit; NDIL 1:17-cv-02597 Wright v. Illinois Tollway, et a | 1249-000 | 115,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$115,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Reniece Rene Wright | Non-Estate Funds Paid to Third Parties | 8500-002 | 30,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 30,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 7,500.00 | 7,500.00 | 7,500.00 |
| Frank J. Kokoszka | 2200-000 | NA | 159.49 | 159.49 | 159.49 |
| BOK Financial | 2600-000 | NA | 281.87 | 281.87 | 281.87 |
| Stephan Zouris LLP | 3210-001 | NA | 37,950.00 | 37,950.00 | 37,950.00 |
| Stephan Zouris LLP | 3220-001 | NA | 671.97 | 671.97 | 671.97 |
| Alan D. Lasko & Associates, P.C. | 3410-000 | NA | 2,514.60 | 2,514.60 | 2,514.60 |
| Alan D. Lasko & Associates, P.C. | 3420-000 | NA | 20.00 | 20.00 | 20.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 49,097.93 | $ 49,097.93 | $ 49,097.93 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lending Club | | 0.00 | NA | NA | 0.00 |
| 5 | American Express Centurion Bank | 7100-000 | NA | 1,581.24 | 1,581.24 | 634.00 |
| 3 | Capital One Bank (Usa), N.A. | 7100-000 | 2,600.00 | 2,600.69 | 2,600.69 | 1,042.75 |
| 4 | Capital One Bank (Usa), N.A. | 7100-000 | 2,637.00 | 2,637.74 | 2,637.74 | 1,057.60 |
| 6 | Credit First Na | 7100-000 | 600.00 | 1,349.99 | 1,349.99 | 541.28 |
| 2 | Internal Revenue Service | 7100-000 | 21,504.40 | 48,640.17 | 48,640.17 | 19,502.30 |
| 9 | Midland Credit Management, Inc. As Agent For | 7100-000 | NA | 6,599.71 | 6,599.71 | 2,646.16 |
| 1 | Onemain | 7100-000 | 4,156.00 | 4,156.32 | 4,156.32 | 1,666.48 |
| 12 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 2,446.13 | 2,446.13 | 980.78 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Portfolio Recovery Associates, Llc | 7100-000 | 0.00 | 2,991.70 | 2,991.70 | 1,199.51 |
| 7 | Quantum3 Group Llc As Agent For | 7100-000 | 3,321.00 | 3,321.11 | 3,321.11 | 1,331.60 |
| 8 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 7,372.00 | 7,372.00 | 2,955.81 |
| 10 | Synchrony Bank | 7100-000 | 3,554.00 | 3,554.56 | 3,554.56 | 1,425.20 |
| 11 | Synchrony Bank | 7100-000 | 2,291.00 | 2,291.06 | 2,291.06 | 918.60 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 40,663.40 | $ 89,542.42 | $ 89,542.42 | $ 35,902.07 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-16205 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Reniece Rene Wright | | | | Date Filed (f) or Converted (c): | 05/25/2017 (f) |
| | | | | | 341(a) Meeting Date: | 06/27/2017 |
| For Period Ending: | 11/07/2018 | | | | Claims Bar Date: | 10/05/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2014 Nissan Altima | 9,075.00 | 0.00 | | 0.00 | FA |
| 2. Bedroom set, dining room set, living room set, office furnit | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. Cellphone, IPad, computer | 400.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Bank of America checking account | 700.00 | 0.00 | | 0.00 | FA |
| 6. Chase Checking Account | 150.00 | 0.00 | | 0.00 | FA |
| 7. Bank of America savings account | 25.00 | 0.00 | | 0.00 | FA |
| 8. 401(k) | 2,500.00 | 0.00 | | 0.00 | FA |
| 9. Pension | 3,200.00 | 0.00 | | 0.00 | FA |
| 10. Lawsuit; NDIL 1:17-cv-02597 Wright v. Illinois Tollway, et a (u) Asset not listed on original schedules; Amended Schedules filed on 6/5/17 | 400,000.00 | 100,000.00 | | 115,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $419,550.00   $100,000.00   $115,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has filed a Motion to Retain Special Counsel to prosecute an employment discrimination case.   - Frank J. Kokoszka 7/13/2017

Proposed settlement of Debtor's employment discrimination suit is pending.    - Frank J. Kokoszka 1/4/2018

Settlement has been approved by the bankruptcy court. Trustee is awaiting receipt of funds. Trustee will review claims in the interim.   - Frank J. Kokoszka 1/26/2018

Settlement Funds received and checks for payment provided to both Special Counsel and the Debtor. Trustee will work with accountant on any necessary tax returns.  - Frank J. Kokoszka 2/15/2018

While waiting for accountant to complete returns, Trustee has reviewed claims. - Frank J. Kokoszka 6/14/2018

Tax returns have been mailed to taxing authorities.  - Frank J. Kokoszka 6/25/2018

All checks disbursed have been posted. Upon issuance of final bank statement, Trustee will submit TDR to the UST, - Frank J. Kokoszka 10/28/2018

Initial Projected Date of Final Report (TFR): 06/30/2018        Current Projected Date of Final Report (TFR): 09/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-16205 | | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Reniece Rene Wright | | Bank Name: | BOK Financial |
| | | | Account Number/CD#: | XXXXXX0322 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX9110 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/07/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/18 | 10 | Illinois State Highway Authority<br>2700 Ogden Avenue<br>Downers Grove, IL 60515 | Settlement of Debtor's Claim Portion of Settlement of Debtor's Employment Discrimination lawsuit. Per Court Order, Debtor shall receive $30,000.00 of the settlement. | 1249-000 | $76,378.03 | | $76,378.03 |
| 02/07/18 | 10 | Illinois State Toll Highway Authority<br>2700 Ogden Avenue<br>Downers Grove, Il. 60515 | Settlement of Debtor's Claim Portion of Settlement of Debtor's Employment Discrimination case. This entire amount represents fees and expenses for Special Counsel approved by the Bankruptcy Court. | 1249-000 | $38,621.97 | | $115,000.00 |
| 02/13/18 | 101 | Stephan Zouras, LLP<br>Attn: Ryan Stephan<br>250 North Michigan Avenue<br>Suite 2560<br>Chicago, IL 60601 | Payment of Special Counsel Fees<br>Payment of Special Counsel Fees in the amount of $37,950.00 and expenses of $671.97, pursuant to Court Order dated January 5, 2018 (Docket Entry #32) | | | $38,621.97 | $76,378.03 |
| | | LLP, Stephan Zouris | Payment of Special Counsel Fees   ($37,950.00) | 3210-001 | | | |
| | | | Expenses for Special Counsel   ($671.97) | 3220-001 | | | |
| 02/13/18 | 102 | Reniece Rene Wright<br>2215 S WOLF RD<br>#198<br>HILLSIDE, IL 60162 | Payment to Debtor (Debtor's Share of Lawsuit Settlement) Debtor's share of Employment Discrimination Lawsuit pursuant to Court Order dated January 5, 2018 (Docket Entry # 32) | 8500-002 | | $30,000.00 | $46,378.03 |

| | | | Page Subtotals: | | $115,000.00 | $68,621.97 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 17-16205 | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: Reniece Rene Wright | Bank Name: | BOK Financial |
| | Account Number/CD#: | XXXXXX0322 |
| | | Checking |
| Taxpayer ID No: XX-XXX9110 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 11/07/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/18 | 101 | Stephan Zouras, LLP<br>Attn: Ryan Stephan<br>250 North Michigan Avenue<br>Suite 2560<br>Chicago, IL 60601 | Payment of Special Counsel Fees Reversal<br>Payment of Special Counsel Fees in the amount of $37,950.00 and expenses of $671.97, pursuant to Court Order dated January 5, 2018 (Docket Entry #32)<br>Stop Order was placed on check 101 as Special Counsel never received check. | | | ($38,621.97) | $85,000.00 |
| | | LLP, Stephan Zouris | Payment of Special Counsel Fees | $37,950.00 | 3210-000 | | |
| | | | Expenses for Special Counsel | $671.97 | 3220-000 | | |
| 02/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.69 | $84,931.31 |
| 03/01/18 | 103 | Stephan Zouras LLP<br>Ryan F. Stephan<br>Stephan Zouras LLP<br>205 North Michigan Avenue<br>Suite 2560<br>Chicago, Il 60601 | Payment of Special Counsel Fees<br>Per Court Order entered on 1/5/2018; fees in the amount of $37,950.00 and expenses of 671.97<br>(Replacement check for Check #101) | | | $38,621.97 | $46,309.34 |
| | | LLP, Stephan Zouris | | ($37,950.00) | 3210-000 | | |
| | | LLP, Stephan Zouris | | ($671.97) | 3220-000 | | |
| 03/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $78.08 | $46,231.26 |
| 04/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.49 | $46,164.77 |
| 05/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.61 | $46,096.16 |

Page Subtotals: $0.00  $281.87

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-16205 | Trustee Name: | Frank J. Kokoszka, Trustee |
| --- | --- | --- | --- |
| Case Name: | Reniece Rene Wright | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX0322 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9110 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/07/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/12/18 | 104 | Frank J. Kokoszka | Distribution | | | | $7,659.49 | $38,436.67 |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. | ($7,500.00) | 2100-000 | | | |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. | ($159.49) | 2200-000 | | | |
| 09/12/18 | 105 | Alan D. Lasko & Associates, P.C. 205 West Randolph Suite 1150 Chicago, IL 60606 | Distribution | | | | $2,534.60 | $35,902.07 |
| | | Alan D. Lasko & Associates, P.C. | Final distribution representing a payment of 100.00 % per court order. | ($2,514.60) | 3410-000 | | | |
| | | Alan D. Lasko & Associates, P.C. | Final distribution representing a payment of 100.00 % per court order. | ($20.00) | 3420-000 | | | |
| 09/12/18 | 106 | Onemain Po Box 3251 C/O Melissa Frymire Evansville, In 47731 | Final distribution to claim 1 representing a payment of 40.10 % per court order. | | 7100-000 | | $1,666.48 | $34,235.59 |
| 09/12/18 | 107 | Internal Revenue Service Po Box 7317 Philadelphia, Pa 19101 | Final distribution to claim 2 representing a payment of 40.10 % per court order. | | 7100-000 | | $19,502.30 | $14,733.29 |
| 09/12/18 | 108 | Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Distribution | | | | $2,100.35 | $12,632.94 |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 3 representing a payment of 40.10 % per court order. | ($1,042.75) | 7100-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 4 representing a payment of 40.09 % per court order. | ($1,057.60) | 7100-000 | | | |
| 09/12/18 | 109 | American Express Centurion Bank C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 | Final distribution to claim 5 representing a payment of 40.10 % per court order. | | 7100-000 | | $634.00 | $11,998.94 |
| | | | Page Subtotals: | | | $0.00 | $34,097.22 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-16205 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Reniece Rene Wright | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0322 |
| | Checking |
| Taxpayer ID No: XX-XXX9110 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/07/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/12/18 | 110 | Credit First Na<br>Po Box 818011<br>Cleveland, Oh 44181 | Final distribution to claim 6 representing a payment of 40.10 % per court order. | 7100-000 | | $541.28 | $11,457.66 |
| 09/12/18 | 111 | Quantum3 Group Llc As Agent For<br>Jh Portfolio Debt Equities Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 7 representing a payment of 40.10 % per court order. | 7100-000 | | $1,331.60 | $10,126.06 |
| 09/12/18 | 112 | Quantum3 Group Llc As Agent For<br>Velocity Investments Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 8 representing a payment of 40.10 % per court order. | 7100-000 | | $2,955.81 | $7,170.25 |
| 09/12/18 | 113 | Midland Credit Management, Inc. As Agent For<br>Midland Funding Llc<br>Po Box 2011<br>Warren Mi 48090 | Final distribution to claim 9 representing a payment of 40.10 % per court order. | 7100-000 | | $2,646.16 | $4,524.09 |
| 09/12/18 | 114 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Distribution | | | $2,343.80 | $2,180.29 |
| | | Synchrony Bank | Final distribution to claim 10 representing a payment of 40.09 % per court order. ($1,425.20) | 7100-000 | | | |
| | | Synchrony Bank | Final distribution to claim 11 representing a payment of 40.09 % per court order. ($918.60) | 7100-000 | | | |
| 09/12/18 | 115 | Portfolio Recovery Associates, Llc<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 12 representing a payment of 40.10 % per court order. | 7100-000 | | $980.78 | $1,199.51 |
| 09/12/18 | 116 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Wal-Mart)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 13 representing a payment of 40.09 % per court order. | 7100-000 | | $1,199.51 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $115,000.00 | $115,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $11,998.94 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

|  |  |  |
|---|---:|---:|
| Subtotal | $115,000.00 | $115,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $115,000.00 | $115,000.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0322 - Checking | $115,000.00 | $115,000.00 | $0.00 |
| | $115,000.00 | $115,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $115,000.00 |
| Total Gross Receipts: | $115,000.00 |

Page Subtotals:　　　　　　　　　　　　　$0.00　　　　$0.00